LEON GREENBERG, ESQ.
A Professional Corporation
Nevada Bar No.: 8094
2965 South Jones Boulevard #E-3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)

Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Robin Potter, Esq.
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
Phone: (312) 861-1800
(Pending Pro Hac Vice Admission)
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

-------------------------------X

| | |
|---|---|
| JOHN DOE, name fictitious, and all persons whose names are set forth in Exhibit A, individually and on behalf of all others similarly situated, | Docket: |
| | |
| Plaintiffs, | COMPLAINT |
| vs. | |
| WYNN LAS VEGAS, LLC, and STEVE WYNN, | |
| Defendants. | |

_____X

    COMES NOW Plaintiff, JOHN DOE, name fictitious, and those

persons set forth in Exhibit "A" ("Plaintiffs"), for themselves and

all others similarly situated, through their attorneys, and allege

1

the following upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters:

JURISDICTION AND VENUE

1.   This Court has jurisdiction pursuant to Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. §216(b), which provides, "An action to recover the liability prescribed in either of the preceding sentences may be maintained against any employer…in any federal or state court of competent jurisdiction by any one or more employees for and on behalf of himself or themselves and other employees similarly situated."  A "Consent to Joinder" form for each individual plaintiff has been filed with this Complaint and for some plaintiffs also previously filed with the Court.

2.   Venue is proper in the United States District Court for Nevada because Defendants conduct business in Clark County Nevada, plaintiffs reside in Clark County, Nevada, plaintiffs worked for defendants in Clark County, Nevada, and the acts complained of herein happened in or around Clark County, Nevada.

**BACKGROUND AND PARTIES**

3.   Plaintiffs, on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), by their attorneys, bring this action against defendants.  The fictitious plaintiff "John Doe" is not intended to be an actual person and such name is interposed to shield the actual plaintiffs, listed on Exhibit "A," from the notoriety and presumptive harassment that one of them would face by being publicly identified as the "first named" or presumed "lead plaintiff" in this case.

4.   The defendant STEVE WYNN is, for the purposes of the claims made herein under the Fair Labor Standards Act, 29 U.S.C. §

2

201 et seq. (the "FLSA"), an employer of the plaintiffs as they have acted on behalf of an employer and/or acted as an employer by willfully, intentionally, knowingly or otherwise promoting, allowing, directing or otherwise creating the compensation policies alleged herein that violate the FLSA, such individual defendant also exercising the power they had with the other defendant WYNN LAS VEGAS, LLC by virtue of their status as officers and/or managers and/or owners of the same to continue, create, or allow such policies to flourish and remain in existence.

5.   WYNN LAS VEGAS, LLC is a limited liability corporation formed and existing pursuant to the laws of the State of Nevada and having its principle place of business in Clark County, Nevada.

**AS AND FOR CLAIM FOR RELIEF UNDER THE FAIR LABOR STANDARDS ACT**

6.   The defendants employ the plaintiffs and hundreds of other persons as casino dealers in their casino, the Wynn Las Vegas also partially known as Encore.

7.   Pursuant to Section 16(b) of the FLSA, the individual plaintiffs bring this Complaint as a collective action (also commonly referred to as an "opt-in" class or "an FLSA class"), on behalf of themselves and all persons similarly situated who consent to join this litigation by filing a written consent with the Court and who also agree to be represented by plaintiffs' counsel, such persons making claims under the FLSA for the applicable period after May 5, 2011, until entry of judgment after trial.

8.   Plaintiffs are informed and believe, and based thereon allege that there are at least 500 putative FLSA class members who could "opt in" to this case, the actual number of FLSA class members is readily ascertainable by a review of the defendants' records

1    through appropriate discovery, and the plaintiffs propose to take

2    proceedings in this action to have such persons notified of this

3    litigation and given an opportunity to file written consents to join

4    this litigation.

5        9.   Defendants are an enterprise engaged in commerce within

6    the meaning of the FLSA that uses and/or produces or ships goods in

7    interstate commerce or goods that have so moved in interstate

8    commerce and have gross revenue in excess of $500,000 a year and/or

9    are otherwise employers subject to the provisions of the FLSA in

10   respect to their employment of the plaintiffs.

11       10.   Pursuant to 29 U.S.C. § 206 and § 207 the defendants are

12   charged with an obligation to pay the minimum wage and overtime

13   wages required by the FLSA to the plaintiffs.

14       11.   Defendants have failed and refused to make the minimum

15   wage and/or overtime payments required by the FLSA to the plaintiffs

16   or otherwise comply with the requirements of the FLSA in respect to

17   their employment of the plaintiffs because, since May 5, 2011, they

18   have violated 29 U.S.C. § 203(m) and 29 U.S.C. § 206 of the FLSA and

19   the implementing regulations thereto set forth in 29 CFR 531.52 and

20   29 CFR 531.54, to wit, they have failed to allow the plaintiffs to

21   retain for themselves, or retain for themselves through a tip pool

22   structured in compliance with the provisions of the FLSA and

23   otherwise authorized by the FLSA, all of the tips they have received

24   from customers during the course of their employment by the

25   defendants.

26       12.   Defendants have required the plaintiffs, as a condition of

27   their employment, to pool and share their tips with other employees

28   who do not customarily and regularly receive tips, such tip pool

4

and/or tip sharing not being authorized under the FLSA and its relevant implementing regulations and/or have required the plaintiffs to give a portion of their tips to other employees of the defendants in a manner that violates the FLSA.

13.   Defendants, by implementing the policies alleged in paragraph 12, have effectively failed to pay any wages whatsoever to the plaintiffs, in that defendants recoup from the plaintiffs, through the taking of a portion of the plaintiffs' tips, an amount far in excess of the amount it nominally pays to the plaintiffs from the defendants' own funds, such actions by the defendants violating the purpose and intent of the FLSA which is to make all employers pay FLSA required minimum wages and overtime wages and all other wages solely from the resources of the employer and not by appropriating employee tips to make such wage payments, the FLSA also preventing an employer from engaging in such an appropriation by using a tip pool, such as the one used by defendants, to compensate employees who do not regularly and customarily receive tips with a portion of the tips received by other employees who do regularly and customarily receive tips.

14.   Defendants' aforesaid violations of the FLSA were intentional, willful and knowing.  Such willful violations are established by, among other things, a history of prior and existing litigation against defendants over the tip taking and pooling policies at issue and the awareness of defendants' counsel of the regulations issued by the United States Department of Labor that were implemented and effective as of May 5, 2011 and that govern the claims made herein.

15.   As a result of the foregoing the plaintiffs, on behalf of

5

themselves and all other persons who join in this action by filing

written consents with the Court and who agree to be represented by

plaintiffs' counsel, seek to collect their full damages for the

defendants' aforesaid violations of the FLSA that have occurred on

and after May 5, 2011, to wit, the value of the tips taken from them

by the defendants and given by the defendants to other employees of

the defendants who do not customarily and regularly receive tips, or

given to other employees whom the plaintiffs cannot be required to

share their tips with under the FLSA, or whatever other measure of

actual damages they are due from defendants' aforesaid violations of

the FLSA taking place on and after May 5, 2011, along with an equal

amount of liquidated damages as provided for under 29 U.S.C. §

216(b), together with attorneys' fees, costs, interest and such

other relief as the Court may deem proper.

16.  Plaintiffs' claims are identical in scope and substance to

those made in the case previously pending before this Court, *Cesarz*

*v. Wynn Las Vegas,* 13-cv-109, final judgment entered January 10,

2014, reversed and remanded by the United States Ninth Circuit Court

of Appeals, No. 140-15243, Opinion of February 23, 2016, mandate not

yet issued as of March 4, 2016.  Most of the Plaintiffs in this

action have, on or after, February 23, 2016, filed consents to

joinder pursuant to 29 U.S.C. § 216(b) with this Court in the *Cesarz*

action (the "consents").  Defendants have been advised of those

filings and of the intent of such plaintiffs to have those consent

filings properly interposed pursuant to 29 U.S.C. § 256, as of their

date of filing in the *Cesarz* action, for statute of limitations

purposes.  Defendants have refused to recognize the legitimacy of

those consent filings in the *Cesarz* action for the purposes of 29

U.S.C. § 256.  Defendants have provided no basis for such refusal, but it is presumed they may elect to later allege this Court in the *Cesarz* action lacks jurisdiction to currently accept those consent filings, for purposes of 29 U.S.C. § 256, and will lack such jurisdiction until such time as the Ninth Circuit Court of Appeals' mandate is issued in that case.  Because the plaintiffs' rights under the FLSA will erode each day that their consents are not properly filed in this Court, defendants' reservation of a right to challenge the filing of those consents in the *Cesarz* action has compelled the plaintiffs to file this action to ensure they are fully complying with, and protecting their rights under, 29 U.S.C. § 256 and the FLSA.  Plaintiffs do not intend to prosecute multiple or duplicate claims and would not bring this action, and would instead rely upon the filing of their consents with this Court in the *Cesarz* action to protect their rights under the FLSA, if not for defendants' foregoing conduct as alleged in this paragraph.

WHEREFORE, plaintiffs demand the relief on each cause of action as alleged aforesaid, together with costs, interest, attorney's fees and such other relief as the Court deems just.

Plaintiffs demand a trial by jury on all issues so triable.

Dated this 4th day of March, 2016

Leon Greenberg Professional Corporation

*/s/Leon Greenberg*
By:_____
LEON GREENBERG, Esq.
Nevada Bar No.: 8094
2965 South Jones Boulevard - Suite E3
Las Vegas, Nevada 89146
(702) 383-6085
Attorney for Plaintiffs

Exhibit A-List of Filers

| | |
|---|---|
| Abebe, Etagegn | Hamel, Jeffrey M. |
| Amare, Genet B. | Haro, George |
| Aromin, Bryan D. | Hart,  Jr., Richard |
| Blaney, Linda | Hsu, Joyce |
| Brown, Estella | Huang, Jinman |
| Burbank, Ashley | Huang, Leanne Yue-Liam |
| Carabasu, Anca | Humble, Barbara |
| Casacchia-Anderson, Marianne | Isbert, |
| Chakarov , Petar | Jiang, Jessica |
| Chakarova, Malina | Jones, Elvis |
| Chau, Linda | Jones, Mai |
| Chen, Alice Sarah | Jones, Marlon |
| Chen, Angro | Keck, Tasha |
| Chiang, Kai Hong | Kelley, Babeth M. |
| Christian, Dona | Kimberly, Alex |
| Ciliberti, Christina | Kissman, Michael |
| Cincotto, Matthew | Ko , Ki Suk |
| Cipriani, Scott | Kreml, Jeannine |
| Crockett, Nurys | Lam, Raymond Y. |
| D'Angelo, Richard | Lam, Sandy |
| Deng, Vivian | Larrieu, Alain |
| Desiderio, Marie | Lau, Loretta |
| DiGiogio, Mike | Lei, Leila |
| Donner, Kay | Leung, Franklin |
| Dueas, Candida | Li, Jin Yuan |
| Durando, Dennis | Liang, Eileen Zheng |
| Dyer, Jason C. | Liu, Yan |
| Dzama, Christina | Luna, Sheileen |
| Early Jr., Thomas | Luo, Zhihong |
| Egan, Lauren | Ma, Ying Xian |
| Fadel, Claudia | Medina, Toni R. |
| Friedman, Daniel | Melgar, Anndy A. |
| Gadberry, Christopher David | Misca, Andreas |
| Garcia, Wiston | Morishita, Cassandra |
| Garcia, Yelina | Munoz, Verna |
| Georgiev, Katina | Nguyen, Phuong |
| Gipson, Mikki | Nguyen, Trung |
| Ha , Jonathan | Olson, Corey |

Owens, Matthew
Padron, Sandro
Perri, Nicholas J.
Premvaree, Nakorn
Richardson, Brenda
Ritchie, Xu
Rogers, Tammy
Salomoun, Shadi
Sarant, Romilda
Sax, Charocos
Songarasit, Thawatchai
Sosna, Thomas
Spencer, Carless R.
Tan, David
Tan, Weida
Tanis, Eve-nika
Tanis, Wilnor
To, Eddie
Tong, Iek Cheong
Torres, Judy

Tsui, Morris Wing
Wang, Hong Mei
Ward, Yow
Welt, John H. Jr.
Welt, Shannon
Wergull, Nancy
Wong, Andy M.
Wong, Bonnie
Wu, Yi Fan
Wu , Kai Ching
Xie, Christine Y.
Yoo, John
Young, Teresa
Yu, Amy
Zhang, Jing
Zhang, Ping
Zhao, Yan Hong
Zhong, Xia
Zhou, Denise

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Christina Dzama_
SIGN YOUR NAME

Christina Dzama
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Jeannine N Krem/
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

GENET B. AMARE
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_Ashley Burbank_
SIGN YOUR NAME

_Ashley Burbank_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

Richard D'Angelo
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Daniel Friedman_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


SIGN YOUR NAME

CHRistopher David Gadberry
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_WISTON GARCIA_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____

SIGN YOUR NAME

*YELINA GARCIA*

_____

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_JONATHAN  HA -_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_George Haro_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Mai Jones
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

_Sandy Lam_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

ALAIN LARRIEU
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____

SIGN YOUR NAME

_____

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

*FRANKLIN LEUNG.*
_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

ZHIHONG LUO
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

ANNDY A. MELLAR
_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

ANDREAS  MISCA
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

VERNA MUNOZ
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

Xn Ritchie

SIGN YOUR NAME

Xu Ritchie

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_Shadi Salamoun_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

CARless R. Spencer
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Weida Tan
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Eve-nika Tanis_
SIGN YOUR NAME

_Eve-nika Tanis_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Wilnor Tanis_
SIGN YOUR NAME

_WILNOR TANIS_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Eddie To
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Iek Cheong Tong

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Morris Wing Kui
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

John Hwelt Jr
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

_Christine Y Xie_

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_Bryan D. Aromin_
SIGN YOUR NAME

_BRYAN D. AROMIN_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Linda J. Blaney_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Lindachau_
SIGN YOUR NAME

_LINDA CHAU_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

CHIANG , KAI HONG
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

_CHRISTINA CILIBERTI_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

VIVIAN J. DENG
_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Mike DiGiorgio_
SIGN YOUR NAME


_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Candida Dueñas
_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

RICHARD N HART JR.
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

Joyce Hsu
SIGN YOUR NAME

Joyce Hsu
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Leanne Yue-Lian Huang
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


*Bibeth M. Kelley*
SIGN YOUR NAME

*Bibeth M. Kelley*
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_RAYMOND Y LAM_
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.


SIGN YOUR NAME


PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

                              _____
                              SIGN YOUR NAME

                              _PHUONG NGUYEN_
                              PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Trung Nguyen
_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Corey Olson_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Brenda Richardson_
SIGN YOUR NAME

_Brenda Richardson_
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

DAVID TAN

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

Judy Torres


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

HONG MEI WANG
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Bonnie Wong
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Teresa Young
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

*ANCH  CARVHBASU*
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

MATTHEW CINCOTTO
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

NuRys Crockett
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_Thomas Ealy Jr._
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

Claudia Fadel

SIGN YOUR NAME

CLAUDIA FADEL

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

JESSICA JIANG
_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
*Elvis Jones*
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written ~~retainer~~ representation agreement I have executed with them.


_Loretta Lau_
SIGN YOUR NAME


_LORETTA LAU_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

Eileen zheng Liang
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Cassandra Morishita_
SIGN YOUR NAME

_Cassandra Morishita_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME



YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____  3/2/16
SIGN YOUR NAME

_Nakorn Premvaree_
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_Romilda Sarant_
SIGN YOUR NAME

ROMILDA SARANT
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____ 3-3-16
SIGN YOUR NAME

THAWATCHAI SONGPARASIT
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM



ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

SIGN YOUR NAME

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER


By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.


_____
SIGN YOUR NAME

_____
PRINT YOUR NAME


YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM


ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

.       By signing below I hereby consent to join
this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be
represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp
and Robin Potter pursuant to a written retainer agreement I have
executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

_____
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

_____
SIGN YOUR NAME

Denise ZHou
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146