LEON GREENBERG, ESQ.
A Professional Corporation
Nevada Bar No.: 8094
2965 South Jones Boulevard #E-3
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)

Mark R. Thierman, NSB 8285
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, NV 89511
Telephone (775) 284-1500

James P. Kemp, NSB 6375
Kemp & Kemp, Attorneys At Law
7435 West Azure Drive - Suite 110
Las Vegas, NV 89130
Telephone (702) 258-1183

Robin Potter, Esq.
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
Phone: (312) 861-1800
(Pending Pro Hac Vice Admission)
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN DOE, name fictitious, and all persons whose names are set forth in Exhibit A, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>WYNN LAS VEGAS, LLC and STEVE WYNN,<br><br>Defendants. | Docket: 2:16-cv-482<br><br>**NOTICE OF FILING OF CONSENTS TO JOINDER UNDER 29 U.S.C. § 216(b)** |

PLEASE TAKE NOTICE that annexed hereto are Consents to Joinder pursuant to 29 U.S.C. § 216(b) which are to be filed with the Clerk of the Court as of the date hereof on behalf of the following:

Adurna, Mexonen
Ayele, Genet
Beard, Sam
Brooks, Carla
Burton, Michael
Chantharalh, Souriyeth
Chen, Jessica
Chewjalearn, Chinnavut
Diloretance, Daniel
Du, Lina
Ericksten, Jeanne
Gao, Shan
Glennon, Mael
Guzman, Rodolfo
Holmes, Karl
Hotaki, Aziza
Hwang, Shun-Ling
Jaeger, Jeff
Kocienski, Kevin
Long, May
Luk, Yang
Lyon, Paula
Nasseri, Ferazan
Neighbors, Brian
Perez, Rodolfo
Phay, Heang
Placeres, Walter
Raftery, Michael
Ramos, Holly
Ross, Michelle
Ryan, Beata
Sayetta, Adam
Sisowath, Sonia
Tan, LiFang
Vuong, Nuoi
White, Stephen
Yaros, Michael

Submitted this April 6, 2016

By: */s/ Leon Greenberg*

Leon Greenberg
Nevada Bar No.: 8094
2965 South Jones Blvd- Suite E-3
Las Vegas, Nevada 89146
Telephone (702)383-6085
leongreenberg@overtimelaw.com

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

MEKONEN Adugna
SIGN YOUR NAME

MEKONEN Adugna
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Genet Ayele
SIGN YOUR NAME

Genet Ayele
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Sam Beard

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Carla D Brooks
SIGN YOUR NAME

CARLA D. BROOKS
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Michael Burton
SIGN YOUR NAME

Michael Burton
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Souryeth Chanthavath
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Jessica Chen

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

CHINNAVUT CHEWJALEARN
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

DANIEL DILORETANO

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Lina Du

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

Jeanne Ericksten
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

SHAN GAO
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

MAEL A. GLENNON
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Rodolfo Guzman

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Karl Holmes

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

Aziza Hotaki
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

SHEN-LING HWANG

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

JEFF JAEGER

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

Kevin Kocierski
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Mary Long

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

YANG LUK

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Paula Lyon
SIGN YOUR NAME

PAULA LYON
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Ferozan Nasseri

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Brian Neighbors

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

RODOLFO PEREZ
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

PHAY, HEANG

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]

SIGN YOUR NAME

Walter Placeres

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Michael T. Raftery
SIGN YOUR NAME

Michael T Raftery
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Holly Ramos
SIGN YOUR NAME

Holly Ramos
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Michelle Ross
SIGN YOUR NAME

Michelle Ross
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Beata Ryan 4-4-16
SIGN YOUR NAME

BEATA RYAN
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Adam A. Sayetta
SIGN YOUR NAME

ADAM SAYETTA
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

Sonia Sisowath
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

LI FANG TAN

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

[signature]
SIGN YOUR NAME

Nuoi Vuong
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146

CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

Stephen R White
SIGN YOUR NAME

STEPHEN R. WHITE
PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A RETAINER FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-4
LAS VEGAS, NV 89146

# CONSENT TO JOINDER

By signing below I hereby consent to join this case as a plaintiff pursuant to 29 U.S.C. 216(b) and be represented by the attorneys Leon Greenberg, Mark Thierman, J.P. Kemp and Robin Potter pursuant to a written retainer agreement I have executed with them.

SIGN YOUR NAME

Michael Yaros

PRINT YOUR NAME

YOU MUST ALSO FILL OUT AND SIGN A REPRESENTATION AGREEMENT FORM

ORIGINAL OF THIS FORM SHOULD BE RETURNED TO:

LEON GREENBERG, ATTORNEY AT LAW
2965 SOUTH JONES BOULEVARD #E-3
LAS VEGAS, NV 89146